67167. LAWRENCE v. DEKALB AG RESEARCH, INC.

BIRDSONG, Judge.

After an examination of the entire record following application for discretionary appeal, we conclude that review of this discretionary appeal was improvidently granted, and accordingly, the appeal is dismissed.

*Appeal dismissed. Shulman, C. J., and McMurray, P. J., concur.*

DECIDED NOVEMBER 21, 1983.

*H. Samuel Atkins, Jr.,* for appellant.
*Peter J. Rice, Jr., James L. Cline, Jr.,* for appellee.